Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 23 PM 3: 55

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAMUEL KEVIN CARTER, )
)
        Plaintiff, )
)
vs. ) Case No. F05-0016 CV (RRB)
)
OFFICER JAMES O'MALLEY, and ) REQUEST TO ENTER DEFAULT OF
OFFICER TEAGUE WIDMIER, )
) OFFICER JAMES O'MALLEY
        Defendants. )
)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA:

   Comes now, Plaintiff Samuel Kevin Carter, Pro Se, and hereby requests that the Clerk of this Court enter the default of Officer James O'Malley, defendant in the above encaptioned case, for failure to plead or otherwise defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

   This request is based on the attached Affidavit of Plaintiff Samuel Kevin Carter, which shows:

1. Defendant O'Malley was served with a copy of the summons and complaint in this action on September 16, 2005.

2. The Certificate of Service filed with this Court in September, 2005, establishes that service was proper pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. A file-stamped copy of the Certificate of Service is attached to the Affidavit of Plaintiff as Exhibit One.

3. Defendant O'Malley has failed to plead or otherwise respond to the summons and complaint as directed by this Court in it's "Order Directing Service and Response", filed June 29, 2005. See page 5, paragraph 9.