```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F05-0016--CV (RRB)
              "SAMUEL K. CARTER V JAMES O'MALLEY ET AL"

      Including terminated parties, excluding terminated counsel
```

     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:
       Referral Rule:
              Filed: 06/10/05
             Closed: NO

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (440) Other Civil Rights

              Origin: (1) Original Proceeding
              Demand: 242897
          Filing fee: In Forma Pauperis
            Trial by: Jury


Parties of Record:                        Counsel of Record:

PLF 1.1          CARTER, SAMUEL K.            Samuel Carter
                                              Pro Per: AK #009450
                                              c/o CCA-FCC
                                              POB 6200
                                              Florence, AZ 85232


DEF 1.1          O'MALLEY, JAMES              Herbert P. Kuss
                                              City Attorney's Office
                                              410 Cushman Street, Suite 210
                                              Fairbanks, AK 99701
                                              907-459-6750


DEF 2.1          WIDMIER, TEAGUE              Venable Vermont Jr
                                              Attorney General's Office
                                              1031 W. 4th Avenue, Suite 200
                                              Anchorage, AK 99501
                                              907-269-5190
                                              FAX 907-258-0760

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F05-0016--CV (RRB)
                       "SAMUEL K. CARTER V JAMES O'MALLEY ET AL"

                                    For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 06/10/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand: 242897
        Filing fee: In Forma Pauperis
          Trial by: Jury



Document #   Filed      Docket text

    1 -   1  06/10/05   Prisoner's Complaint under the Civil Rights Act 42 U.S.C. Section 1983
                        filed; Summons not issued.

    2 -   1  06/10/05   Application to proceed without prepayment of fees (w/attachments).

    3 -   1  06/29/05   RRB Order granting application to waive prepayment of filing fees at Dkt
                        2.  FCC shall collect and pay $68.10 immediately for partial filing fee,
                        and 20% of past month's income from prison trust account on a monthly
                        basis until paid in full.  cc: plaintiff; finance; FCC.

    4 -   1  06/29/05   RRB Order directing service and response.  cc: plaintiff

 NOTE -   1  07/19/05   Issued: Summons.

 NOTE -   2  07/19/05   Notation: Copies of complaint, order and summons sent to J. Bodick,
                        A.G.'s Office.

    5 -   1  07/25/05   Clerk's Notice regarding corrected date in issued summons for defendants
                        to file answers or other responsive pleading is 30 days.  cc: S. Carter;
                        J. Bodick, A.G. Anchorage Office; Judge Beistline.

    6 -   1  08/08/05   USM Return of svc of summons re: DEF 2 executed 8/3/05.

    7 -   1  09/06/05   Attorney Appearance.

    8 -   1  09/06/05   DEF 2 Jury Demand.

    9 -   1  09/06/05   DEF 2 Answer to Complaint.

   10 -   1  09/06/05   DEF 2 motion to dismiss w/memorandum.

   11 -   1  09/16/05   PLF 1 motion for ext of time (30 days) to respond to motion to dismiss.

   12 -   1  09/19/05   USM Return of svc of summons re: DEF 1 on 9/16/05.

   13 -   1  09/21/05   DEF 2 non-opposition to PLF 1 motion for ext of time (30 days) to
                        response to motion to dismiss (11-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE F05-0016--CV (RRB)
                              "SAMUEL K. CARTER V JAMES O'MALLEY ET AL"

                                      For all filing dates


Document #    Filed       Docket text

   14 -   1   10/03/05    PLF 1 Return of Service Executed on Widmier on 8-3-05; and O'Malley on
                          9-16-05.

   15 -   1   10/03/05    PLF 1 non-opposition to DEF 2 motion to dismiss (10-1).

   16 -   1   10/03/05    PLF 1 motion to obtain leave for permission to amend complaint
                          (w/amended complaint lodged).

   17 -   1   10/04/05    RRB Minute Order granting motion to dismiss D-2 in his official capacity
                          only (10-1), motion for ext of time (30 days) to respond to motion to
                          dismiss (11-1). Plaintiff has until 11/4/05 to file opp to def's motion
                          to dismiss.  cc: cnsl

   18 -   1   10/14/05    DEF 1-2 opposition to PLF 1 motion to obtain leave for permission to
                          amend complaint (16-1).

   19 -   1   10/20/05    PLF 1 motion for clarification of order dated 10/04/05.

   20 -   1   10/28/05    PLF 1 reply (response) to opposition to PLF 1 motion to obtain leave for
                          permission to amend complaint (16-1).

   21 -   1   10/28/05    PLF 1 motion second Motion to obtain leave for permission to amend
                          complaint  (w/SECOND amended complaint lodged).

   22 -   1   11/02/05    RRB Minute Order granting motion for clarification of order (19-1).  cc:
                          cnsl; Judge Beistline.

   23 -   1   11/08/05    RRB Minute Order denying motion to obtain leave for permission to amend
                          complaint (16-1).  cc: cnsl; S. Carter.

   24 -   1   11/08/05    DEF 2 opposition to PLF 1 second Motion to obtain leave for permission
                          to amend complaint (w/SECOND amended complaint lodged) (21-1).

   25 -   1   11/14/05    PLF 1 reply to opposition to PLF 1 motion second Motion to obtain leave
                          for permission to amend complaint (21-1).

   26 -   1   11/28/05    DEF 1 Attorney Appearance of Herbert F Kuss
```