**FILED**

DEC  8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER,<br><br>      Plaintiff,<br><br>vs.<br><br>OFFICER JAMES O'MALLEY and<br>OFFICER TEAGUE WIDMER,<br><br>      Defendants. | Case No. F05-0016 CV (RRB)<br><br><br>**ORDER RE SECOND MOTION**<br>**TO AMEND COMPLAINT** |

Before the Court is Plaintiff Samuel Kevin Carter, Pro Se, with a Second Motion to Obtain Leave for Permission to Amend Complaint at Docket No. 21. Defendant Teague Widmier opposes Plaintiff's motion to amend Docket No. 24. In particular, Defendant argues the proposed Second Amended Complaint, as to Commissioner Tandeske, should be rejected because, pursuant to 42 U.S.C. § 1983: (1) there is no respondeat superior liability; and (2) Commissioner Tandeske cannot be sued for damages in his official capacity.[1]

_____

[1]     Clerk's Docket No. 24

ORDER RE SECOND MOTION TO AMEND COMPLAINT - 1
F05-0016 CV

Inasmuch as Plaintiff: (1) "remains unopposed and does not object to removal of 'official capacity' liability concerning [Commissioner] Tandeske"[2]; and (2) has failed to respond to Defendant's <u>respondeat superior</u> argument, whereby Commissioner Tandeske cannot be sued in his "individual capacity,"[3] Plaintiff's Second Motion to Amend Complaint (Docket No. 21) is hereby **DENIED IN PART** inasmuch as it applies to Commissioner Tandeske.

ENTERED this ____ day of December, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2]   Clerk's Docket No. 25

[3]   <u>See</u> Clerk's Docket No. 18 at 2 (<u>citing</u> <u>Monell v. Department of Social Services of City of New York</u>, 436 U.S. 658, 692-93 (1978)); and <u>Bell v. Clackamas County</u>, 341 F.3d 858, 867 (9th Cir. 2003).

ORDER RE SECOND MOTION TO AMEND COMPLAINT - 2
F05-0016 CV

F05-0016--CV (RRB)
---------------------------------------
H. KUSS
V. VERMONT JR (AG-STE-200)
S. CARTER