Herbert P. Kuss
City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 3: 31

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OFFICER JAMES O'MALLEY, and ) | |
| OFFICER TEAGUE WIDMIER, and/or) | |
| ALASKA DEPARTMENT OF PUBLIC ) | |
| SAFETY, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. F05-0016CV (RRB) |

**DEFENDANT O'MALLEY'S MOTION TO ACCEPT LATE FILING OF ANSWER**

Defendant Officer James O'Malley, by and through the undersigned hereby moves this court pursuant to Alaska Rules of Federal Procedure 7(b) for an order granting the acceptance for late filing, the Answer of Defendant Officer James O'Malley to Plaintiff's complaint.

This motion is supported by the memorandum and affidavit filed in support thereof.

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

DATED at Fairbanks, Alaska this 8th day of December, 2005.

                OFFICE OF THE CITY ATTORNEY
                Attorneys for Defendant O'Malley

By: _____
                Herbert P. Kuss
                City Attorney
                AK Bar No. 7610113

Certificate of Mailing
That I certify that on the 8 day of Dec, 20 05, I mailed via first-class mail, a true and correct copy of the foregoing to:
① Carter
② Vermont @ AGO
OFFICE OF THE CITY ATTORNEY
800 Cushman St., Fbks, AK

By: LMD

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750