UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMUEL KEVIN CARTER    v.    OFFICER O'MALLEY, et al.

DATE:    January 4, 2006        CASE NO.    F05-0016 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
GRANTING LATE FILING**

---

Defendant O'Malley's Motion to Accept Late Filing of Answer at Docket 28 is hereby **GRANTED**.  Defendant's lodged Answer shall be deemed filed and served this date.

M.O. GRANTING LATE FILING