FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -4  PM 1: 47

LODGED

DEC ⊙ 2005

FAIRBANKS

Herbert P. Kuss
City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAMUEL KEVIN CARTER,            )
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
OFFICER JAMES O'MALLEY, and     )
OFFICER TEAGUE WIDMIER, and/or) 
ALASKA DEPARTMENT OF PUBLIC     )
SAFETY,                         )
                                )
          Defendant.            )
_____ )   Case No. F05-0016CV (RRB)

### ANSWER OF DEFENDANT OFFICER JAMES O'MALLEY

By way of answer to Plaintiff's Complaint,

Officer James O'Malley admits, denies and alleges as

follows:

#### FIRST CLAIM:

The first four sentences are admitted.  Because

investigators O'Malley and Widmier received permission from

the hotel desk clerk to search the room after the guests

had checked out, and because the sole remaining guest, Sam

Carter, was not the registered guest for the room, they

believed they had the right to order Carter to leave the

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

room, and to conduct the search that had been authorized by the desk clerk. Admitted that investigators O'Malley and Widmier did not have a search warrant; they believed they did not need one because they had consent from the clerk and had not been informed that the guests had made plans to stay over for another night or even beyond the 1:00 p.m. check-out time. Admitted that the Alaska Court of Appeals held that investigators O'Malley and Widmier remained in the room unlawfully, after the arrest and removal of Amy Fair, and that they unlawfully ordered Carter to gather his possessions and vacate the room. The Court of Appeals also ruled that the seizure of drugs and drug paraphernalia could not be justified under the plan view doctrine, and that the trial court should have suppressed their use in evidence. The remainder of the paragraph is denied.

### SECOND CLAIM:

The first sentence is admitted. Admitted that investigators O'Malley and Widmier remained in the room without a warrant, they believed they had the consent of the desk clerk to remain in the room after 1:00 o'clock and to search it. The third and forth sentences are admitted. As to the fifth sentence, it is denied; the officers believed that they were making a legal search based on consent from the desk clerk. Admitted that the Alaska

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

Court of Appeals ruled that the officers unlawfully remained in the hotel room and unlawfully ordered Carter to gather his possessions and vacate the room. The remainder of the paragraph is denied.

### Defendant O'Malley's affirmative defenses:

1.    Plaintiff Samuel Carter has failed to state a claim upon which relief may be granted;

2.    Officer O'Malley is entitled to qualified immunity under well-developed Sec. 1983 law;

3.    This claim is filed beyond the applicable statute of limitations;

4.    Good faith immunity; and

5.    Officer O'Malley reserves the right to assert such other and further affirmative defenses as may be revealed by investigation and discovery.

### Defendant O'Malley seeks the following affirmative relief:

1.    Dismissal of this lawsuit with prejudice;

2.    Costs and attorney's fees; and

3.    Such other and further affirmative relief as the Court may deem appropriate.

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

DATED at Fairbanks, Alaska this 8th day of

December, 2005.

OFFICE OF THE CITY ATTORNEY
Attorneys for Defendant O'Malley


By: _____
            Herbert P. Kuss
            City Attorney
            AK Bar No. 7610113

Certificate of Mailing
This will certify that on
the __8__ day of __Dec__,
20 __05__, I mailed via first-
class mail, a true and
correct copy of the fore-
going to:
① Carter
② Vermont e AGO
OFFICE OF THE CITY ATTORNEY
800 Cushman St., Fbks, AK

By: __LMD__

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

Samuel Carter v. Officer James O'Malley, et al.        F05-0016 CV (RRB)
ANSWER OF DEFENDANT OFFICER JAMES O'MALLEY                      Page 4