# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

__SAMUEL KEVIN CARTER__   v.   __OFFICER JAMES O'MALLEY__

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.  __405CV0016RRB__

__CAROLYN BOLLMAN__

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: January 4, 2006

      Judge Ralph R. Beistline has granted Defendant's Motion to Accept Late Filed Answer at Docket 28.  Plaintiff's Application to Enter Default as to Defendant James O'Malley is Moot.  Default will not be entered at this time.

[]{CLERKNOT.WPD*Rev.12/97}