DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SAMUEL KEVIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:05-cv-0016-RRB |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER JAMES O'MALLEY, and | ) | SCHEDULING AND PLANNING |
| OFFICER TEAGUE WIDMIER, | ) | CONFERENCE REPORT |
| | ) | |
| Defendants. | ) | |

**1. Meeting.**  In accordance with F.R.Civ.P. 26(f), a telephonic meeting was held on **February 7, 2006** and was attended by:

  **Samuel Kevin Carter**, pro se

  **Venable Vermont, Jr.**, attorney for defendants James O'Malley and Teague Widmier

  The parties recommend the following:

**2. Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

   ___ have been exchanged by the parties

   ___ will be exchanged by the parties by

   _X_  Not applicable, per Civil Rule 26(a)(1)(E)(3)

Proposed changes to disclosure requirements: **N/A**

Preliminary witness lists

\_\_\_ have been exchanged by the parties

**X** will be exchanged by the parties by **2/21/06**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**1) Whether the police officer defendants violated plaintiff's constitutional rights**

**2) Whether the defendants are entitled to qualified immunity**

**3) Damages, if any**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

**Whether the police officers violated plaintiff's constitutional rights**

B. All discovery commenced in time to be completed by **8/7/06** ("discovery close date").

C. Limitations on Discovery.

   1. Interrogatories.

     **X** **No change from F.R.Civ.P. 33(a).**

     \_\_\_ Maximum of \_\_\_ by each party to any other party.

     Responses due in \_\_\_ days.

   2. Requests for Admissions.

     **X** **No change from F.R.Civ.P. 36(a).**

     \_\_\_ Maximum of \_\_\_ requests.

     Responses due in \_\_\_ days.

   3. Depositions.

     **X** **No change from F.R.Civ.P. 30(a), (d).**

     \_\_\_ Maximum of \_\_\_ depositions by each party.

        Depositions not to exceed **3** hours unless agreed to by all parties.

   D.  Reports from retained experts.

  **  X   Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).**

  ___ Reports due:

  From plaintiff                      From defendant

   E.  Supplementation of disclosures and discovery responses are to be made:

  **  X   Periodically at 60-day intervals from the entry of scheduling and planning order.**

  ___ As new information is acquired, but not later than 60 days before the close of discovery.

   F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  **  X   45 days prior to the close of discovery.**

  ___ Not later than

5. **Pretrial Motions.**

  **  X   No change from D.Ak. LR 16.1(c).**

  The following changes to D.Ak. LR 16.1(c).  [Check and complete all that apply]

  ___ Motions to amend pleadings or add parties to be filed not later than

  ___ Motions under the discovery rules must be filed not later than

  ___ Motions in limine and dispositive motions must be filed not later than

6. **Other Provisions:**

   A.  **  X   The parties do not request a conference with the court before entry of the scheduling order.**

    ___ The parties request a scheduling conference with the court on the following issue(s):

B. Alternative Dispute Resolution. [D.Ak.LR 16.2]

    **X**   **This matter is not considered a candidate for court-annexed alternative dispute resolution.**

    **X**   **The parties will file a request for alternative dispute resolution not later than July 3, 2006.**

C. The parties ___ do **X** **do not consent to trial before a magistrate judge.**

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    ___ All parties have complied     **X** **Compliance not required by any party**

7. **Trial.**

    A. The matter will be ready for trial:

       **X** **45 days after the discovery close date.**

       ___ not later than

    B. The matter is expected to take **4** days to try.

    C. Jury Demanded: **X** **Yes** ___ No

       Right to jury trial disputed? ___ Yes **X** **No**

(Insert Signature Block for Plaintiff's Attorney)
**Waived, Mr. Carter is incarcerated in Florence, Arizona.**

DATED this 9th day of February, 2006 at Anchorage, Alaska.

                DAVID W. MÁRQUEZ
                ATTORNEY GENERAL

By:   s/ Venable Vermont, Jr.
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Venable_Vermont@law.state.ak.us
       TWC_ECF@law.state.ak.us
       Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Scheduling and Planning
Report is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232

s/ Venable Vermont, Jr. 2/9/06