Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

**FILED**

FEB 1 3 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. F05-0016 CV (RRB) |
| ) | |
| OFFICER JAMES O'MALLEY, ) | MOTION FOR SUMMARY JUDGMENT |
| OFFICER TEAGUE WIDMIER, and ) | |
| FAIRBANKS CITY POLICE DEPARTMENT, ) | Fed. R. Civ. Proc. 56 (a) |
| ) | |
| Defendants. ) | |

RELIEF SOUGHT

Samuel K. Carter, plaintiff, moves this Court for summary judgment against Officer James O'Malley, Officer Teague Widmier and the City of Fairbanks, defendants, and prays that this Court render a judgment for the plaintiff for all of the relief set forth in plaintiff's Second Amended Complaint.

GROUNDS FOR RELIEF

1. The plaintiff is entitled to summary judgment because, as more fully shown in the Affidavit of Samuel K. Carter, and plaintiff's Memorandum of Law in Support of Motion For Summary Judgment, there is no genuine issue of material fact that needs to be tried in this action. This assertion is based on the doctrine of <u>res judicata</u> and <u>collateral estoppel.</u>

2. On these undisputed facts, the plaintiff is entitled to judgment as a matter of law because, for the reasons set out more fully in the accompanying Memorandum of Law: plaintiff has fully shown that the affirmative defenses listed in the defendant's individual "Answer to Complaint" are baseless and without merit. This in conjunction with the undisputed facts establishes a prima facie case for summary judgment. Plaintiff submits that the clear and convincing evidence is so powerful that no reasonable jury would be free to disbelieve it.

RECORD ON MOTION

This motion is based on the entire evidentiary record of proceedings, trials, and appeals held in Alaska state courts. In addition, the Second Amended Complaint and this document with it's attached Affidavit and Memorandum of Law together with any other pertinent document not specifically mentioned by plaintiff. Lastly, whatever evidence and argument that may be allowed at a hearing on this motion.

CONCLUSION

It is abundantly clear that to proceed further would be needless and unnecessary taxing of the resources of the United States judicial system. Accordingly, plaintiff's Motion For Summary Judgment should be granted.

DATED and SUBMITTED this 7th day of February, 2006, at Florence, Arizona.

/s/ Samuel K. Carter
Samuel K. Carter

I hereby certify that a copy of this Motion For Summary Judgment was mailed postage prepaid to the following :

Venable Vermont Jr. AGO
1031 W. 4th Ave., Suite 200
Anchorage, Alasla 99501

Herb Kuss CAO
800 Cushman St.
Fairbanks, Alaska 99701

/s/ Samuel K. Carter
Samuel K. Carter