Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

FILED

FEB 1 3 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

SAMUEL KEVIN CARTER          )
                             )
          Plaintiff,         )
                             )
vs.                          )     Case No. F05-0016 CV (RRB)
                             )
                             )
OFFICER JAMES O'MALLEY,      )     AFFIDAVIT OF SAMUEL K. CARTER
OFFICER TEAGUE WIDMIER, and  )
FAIRBANKS CITY POLICE DEPARTMENT, )
                             )
          Defendants.        )
_____)

I, Samuel K. Carter, being duly first sworn upon oath, depose and state I am over the age of eighteen (18) years and fully competent to testify in every way, and if called to do so in court, would testify as follows:

1. I am the plaintiff in the above encaptioned civil action.

2. While staying at the Comfort Inn on January 9, 2001, at Fairbanks, Alaska, I was arrested and charged with MICS IV by the defendants in this action.

3. I moved to suppress the evidence at evidentiary hearing before Judge Greene, which was denied in March, 2001.

4. During the first trial, Defendant O'Malley was discovered to have withheld exculpable discovery resulting in a motion for mistrial, which was granted in June, 2001.

5. A second trial occurred in September, 2001, resulting in a conviction as charged.

6. I was sentenced to 5 yrs. w/1 yr. suspended in December, 2001.

7. The Alaska Court of Appeals later reversed and remanded the case back to the trial court on July 3, 2003.

8. The court rejected the defendant's reliance on the plain view exigency and in addition ruled they had no authority to remain in my room after the arrest of Amy Fain nor remove me from my possession of the room.

9. The trial court dismissed the charges and vacated the conviction and judgment in August of 2003.

-1-

10. Having failed to find counsel for representation in this matter and because I had other legal proceedings, I delayed filing the action until June 2, 2005.

11. This civil action is filed in good faith and is not intended for grievous or undue litigation.

12. As outlined in my Second Amended Complaint and the attached Memorandum in Support of Motion for Summary Judgment, I feel I'm entitled to the relief sought.

13. All my pleadings and statements as well as this Affidavit are true to the best of my knowledge and belief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED and SIGNED by me on this ___7___ day of February, 2006, at Florence, Arizona.

                                        _Samuel K. Carter_

                                        Samuel K. Carter

SUBSCRIBED and SWORN to before me on this ___7___ day of February, 2006, at Florence, Arizona.

I hereby certify that a copy of this
Affidavit of Samuel K. Carter was
mailed postage prepaid to the following:

Venable Vermont Jr. AGO
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

Herb Kuss CAO
800 Cushman St.
Fairbanks, Alaska 99701

_Samuel K. Carter_

Samuel K. Carter

_Jan A Matlock_

J. Matlock
Notary Public in and for Arizona

My Commission Expires: __3·31·07__

"OFFICIAL SEAL"
Jaci A. Matlock
Notary Public-Arizona
Pinal County
My Commission Expires 3/31/2007