DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FAIRBANKS

| | |
|---|---|
| SAMUEL KEVIN CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| OFFICER JAMES O'MALLEY, and OFFICER TEAGUE WIDMIER | )  Case No.: 4:05-cv-0016-RRB |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please take notice that Venable Vermont, Jr., Assistant Attorney General, Department of Law, Office of the Attorney General located at 1031 West Fourth Avenue, Suite 200, Anchorage, Alaska 99501-1994, telephone: (907) 269-5190, hereby enters his appearance as counsel of record in the above-captioned matter on behalf of defendant Officer James O'Malley.

Copies of all notices, motions and pleadings should be sent to the address referenced above.

Dated this 13th day of February, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/ Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Venable_Vermont@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Entry of Appearance
is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232


s/ Venable Vermont, Jr. 2/13/06

EOA
*Carter v. O'Malley et al.*
F05-0016 CV (RRB)
Page 2 of 2