DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FAIRBANKS

| | |
|---|---|
| SAMUEL KEVIN CARTER,              ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| vs.              ) | |
| ) | |
| OFFICER JAMES O'MALLEY, and              ) | Case No. F05-0016 CV (RRB) |
| OFFICER TEAGUE WIDMIER,              ) | |
| ) | |
| Defendants.              ) | |
| ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO OPPOSE
CARTERS MOTION FOR SUMMARY JUDGMENT**

Defendants Officer James O'Malley and Alaska State Trooper Teague Widmier, pursuant to Federal Rule of Civil Procedure 56(f), hereby move for an extension of time of 60 days in order to file their opposition to Plaintiff Samuel Carter's motion for summary judgment, and to file their own cross-motion for summary judgment. This motion is supported by the attached memorandum and affidavit of counsel.

Dated this 24th day of February, 2006 at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/ Venable Vermont, Jr.
      Assistant Attorney General
      Office of the Attorney General
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Phone: (907) 269-5190
      Fax:   (907) 258-0760
      Venable_Vermont@law.state.ak.us
      TWC_ECF@law.state.ak.us
      Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Motion for Extension
is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232

s/ Venable Vermont, Jr. 2/24/06