DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FAIRBANKS

| | | |
|---|---|---|
| SAMUEL KEVIN CARTER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| OFFICER JAMES O'MALLEY, and OFFICER TEAGUE WIDMIER, | ) ) ) | Case No. F05-0016 CV (RRB) |
| Defendants. | ) ) | |

**ORDER**

Defendants James O'Malley and Teague Widmier have moved for an extension of time of 60 days in order to oppose the motion for summary judgment filed by Samuel Kevin Carter, and to file their own cross-motion for summary judgment.  Upon consideration of the memorandum and supporting affidavit,

IT IS HEREBY ORDERED that the extension of 60 days is granted. Defendants may have until _____ _____, 2006 to file their opposition to

Carter's motion for summary judgment.


Dated _____        _____
                                     Ralph R. Beistline
                                     United States District Judge