DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
(907) 269-5190
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FAIRBANKS

| | | |
|---|---|---|
| SAMUEL KEVIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER JAMES O'MALLEY, and | ) | Case No. F05-0016 CV (RRB) |
| OFFICER TEAGUE WIDMIER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**

Samuel Carter has filed a motion for summary judgment under Federal Rule of Civil Procedure 56(a).  Defendants Officer James O'Malley and Alaska State Trooper Teague Widmier hereby move for an extension of time of 60 days in order to file their opposition to Carter's motion for summary judgment, and to file their cross-motion for summary judgment.

The parties just filed their scheduling and planning conference report on

February 9, 2006. Mr. Carter's motion for summary judgment is dated February 7, 2006, and was filed several days after the conference report. The parties have yet to conduct any discovery in any form.

Officer O'Malley and Trooper Widmier intend to file their own motion for summary judgment on the basis of qualified immunity under Sec. 1983 law. This issue has been addressed by Mr. Carter in his motion for summary judgment as well. Thus the issues are fairly well joined, but counsel for the defendants is currently unavailable to respond to the motion for summary judgment, or file a cross-motion for summary judgment, in a timely fashion.

Counsel for the defendants has been preparing to try a two week trial in Kenai on March 1, 2006, in 3KN-04-253 CI, entitled *Gary Zimmerman v. Trooper Jeffrey Evanoff*. That case was continued by Judge Huguelet on February 23, 2006. Counsel also has a brief due in the Alaska Supreme Court on March 15, in S-12031, entitled *H. Thompson Prentzel III v. State of Alaska Department of Public Safety, et al.*

As Mr. Carter points out in his motion for summary judgment, many of the facts are fairly well established in a reported opinion from the Alaska Court of Appeals, *Carter v. State,* 72 P.3d 1256 (Alaska App. 2003). Counsel for the defendants needs time to obtain the transcripts of the key suppression hearing in Carter's criminal case and to prepare affidavits from his clients, and to prepare the briefing in support of their motion for summary judgment, and against Mr. Carter's motion for summary judgment.

Counsel has been unable to reach Mr. Carter in a timely fashion. He is incarcerated in Arizona and represents himself. This motion is supported by the attached affidavit.

Under the circumstances, an extension of time of 60 days is a reasonable request, and this time should be granted by the court to the defendants.

Dated this 24th day of February, 2006 at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> By:   s/ Venable Vermont, Jr.
>       Assistant Attorney General
>       Office of the Attorney General
>       1031 W. 4th Ave., Ste. 200
>       Anchorage, AK 99501
>       Phone: (907) 269-5190
>       Fax:   (907) 258-0760
>       Venable_Vermont@law.state.ak.us
>       TWC_ECF@law.state.ak.us
>       Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Memorandum in Support
is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232


s/ Venable Vermont, Jr. 2/24/06