DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FAIRBANKS

| | | |
|---|---|---|
| SAMUEL KEVIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER JAMES O'MALLEY, and | ) | Case No. F05-0016 CV (RRB) |
| OFFICER TEAGUE WIDMIER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**AFFIDAVIT OF COUNSEL**

1.    I am the Assistant Attorney General assigned to represent Officer James O'Malley and Trooper Teague Widmier in this litigation. I make this affidavit based upon my personal knowledge of the matters related below.

2.    The facts as I have laid them out in the memorandum supporting this motion are true and accurate to the best of my knowledge, based upon my review of the file and my personal participation in them.

3.      I have been engaged in pretrial preparation for a two week trial to start in Kenai on March 1 (it was just continued yesterday); and I also have a March 15, 2006 deadline for a brief to file at the Alaska Supreme Court.

4.      Because the primary defense in this case involves qualified immunity, I will need time to discuss the case further with Officer O'Malley and Trooper Widmier, to prepare affidavits for them, and to prepare both their opposition to Carter's motion for summary judgment and their own cross-motion for summary judgment. I believe this can be done without extensive discovery. One of my chief tasks is to find and retrieve the transcript of a suppression hearing in Mr. Carter's criminal case. It is in storage in Fairbanks and I have already ordered it.

5.      This motion is not made for purposes of harassment or delay, but in order to competently represent my clients.

6.      Mr. Carter is incarcerated in Arizona and I have been unable to reach him by telephone or to confer with him in a timely manner in any other way. I do not know what position he will take on this request for extension, but I have no reason to believe he will oppose such a routine request for extension of time here at the beginning of the litigation process.

Dated this 24th day of February, 2006 at Anchorage, Alaska.

<div style="margin-left:40%">

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:    s/ Venable Vermont, Jr.
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:    (907) 258-0760
       Venable_Vermont@law.state.ak.us
       TWC_ECF@law.state.ak.us
       Alaska Bar No. 8306067

</div>

SUBSCRIBED AND SWORN to before me this _____ day of February, 2006.

<div style="margin-left:50%">

_____
Notary Public in and for Alaska
My commission expires:_____

</div>

This is to certify that on this date, a copy of
the foregoing Affidavit of Counsel
is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232

s/ Venable Vermont, Jr. 2/24/06

AFFIDAVIT OF COUNSEL
*Carter v. O'Malley et al.*
F05-0016 CV (RRB)
Page 3 of 3