Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMUEL KEVIN CARTER,                )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             )
                                    )
OFFICER JAMES O'MALLEY and          )
OFFICER TEAGUE WIDMIER,             )
                                    )
        Defendants.                 )
_____)  Case No. F05-0016 CV (RRB)

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY
### UPON WRITTEN CONSENT

Pursuant to Local Rule 11.1(c)(1), Herbert P. Kuss, moves to withdraw as counsel and to allow Venable Vermont, Jr. to substitute as counsel for Defendant James O'Malley

DATED at Fairbanks, Alaska this 21st day of February, 2006.

OFFICE OF THE CITY ATTORNEY
Herbert P. Kuss, City Attorney

By: _____
Herbert P. Kuss
City Attorney
AK Bar No. 7610113

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

I, JAMES O'MALLEY, Defendant in this action, hereby consent to the withdrawal of Herbert P. Kuss and the substitution of Venable Vermont, Jr. as my attorney.

_2-23-06_
Date

_/s/ James O'Malley_
James O'Malley

I, Venable Vermont, Jr., agree to substitute as counsel of record for Defendant James O'Malley.

_3/3/06_

_/s/ Venable Vermont_
Venable Vermont, Jr.
ABA # 8306067
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5190; 258-0760 (Fax)

This is to certify that on this date, a copy of the foregoing Motion for Withdrawal/Substitution of Attorney Upon Written Consent is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ 85232

Herbert P. Kuss
Office of the City Attorney
800 Cushman Street
Fairbanks, AK 99701

s/ Venable Vermont, Jr.   3/6/06

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

Carter v. O'Malley, et al.                                      F05-00016 CV
Motion for Withdrawal and Substitution of attorney upon written consent
Page 2