Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAMUEL KEVIN CARTER,              )
                                  )
         Plaintiff,               )
                                  )
    vs.                           )
                                  )
OFFICER JAMES O'MALLEY and        )
OFFICER TEAGUE WIDMIER,           )
                                  )
         Defendants.              )
_____)   Case No. F05-0016 CV (RRB)

ORDER GRANTING
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY
UPON WRITTEN CONSENT

The Court having considered the motion for withdrawal and substitution of counsel for Defendant James O'Malley, hereby **GRANTS** the motion. Until further order of the court, Venable Vermont, Jr., shall be counsel of record for Defendant O'Malley.

DATED this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
District Court Judge

This is to certify that on this date, a copy of the foregoing Proposed Order Granting Motion for Withdrawal/Substitution of Attorney is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ 85232

Herbert P. Kuss
Office of the City Attorney
800 Cushman Street
Fairbanks, AK 99701

s/ Venable Vermont, Jr.  3/6/06

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
AIRBANKS, ALASKA
99701-4615

907-459-6750