Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

**RECEIVED**

MAR 6 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER JAMES O'MALLEY, and<br>OFFICER TEAGUE WIDMIER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. F05-0016 CV (RRB)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF CARTER'S NONOPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO OPPOSE CARTER'S MOTION FOR SUMMARY JUDGMENT.

   The Defendants, through motion, have requested a 60 day extension of time in order to respond to Carter's motion for summary judgment. Citing lack of discovery in the case and Counsel's burden regarding caseload, Plaintiff Carter does not oppose this request.

Dated this 1st day of March, 2006, at Florence, Arizona.

_Samuel K. Carter_
Samuel K. Carter

   This is to certify that on this date
   a copy of this Nonopposition was
   mailed postage prepaid to:

   Venable Vermont Jr.
   Attorney General's Office
   1031 W. 4th Ave., Suite 200
   Anchorage, Alaska
   99501

_Sam K. Carter_
Sam K. Carter