DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FAIRBANKS

| | |
|---|---|
| SAMUEL KEVIN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OFFICER JAMES O'MALLEY, and ) | Case No. F05-0016 CV (RRB) |
| OFFICER TEAGUE WIDMIER, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Defendants James O'Malley and Teague Widmier have moved for an extension of time of 60 days in order to oppose the motion for summary judgment filed by Samuel Kevin Carter, and to file their own cross-motion for summary judgment. Upon consideration of the memorandum and supporting affidavit,

IT IS HEREBY ORDERED that the extension of 60 days is granted. Defendants may have until _April 28_, 2006 to file their opposition to

Carter's motion for summary judgment.

Dated 3/7/06          Ralph R. Beistline
                      United States District Judge

ORDER
*Carter v. O'Malley et al.*
F05-0016 CV (RRB)
Page 2 of 2