Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| OFFICER JAMES O'MALLEY and OFFICER TEAGUE WIDMIER, | ) |
| Defendants. | ) |
| | ) Case No. F05-0016 CV (RRB) |

ORDER GRANTING
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY
UPON WRITTEN CONSENT

The Court having considered the motion for withdrawal and substitution of counsel for Defendant James O'Malley, hereby **GRANTS** the motion. Until further order of the court, Venable Vermont, Jr., shall be counsel of record for Defendant O'Malley.

DATED this 7 day of March, 2006.

RALPH R. BEISTLINE
District Court Judge

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750