# EXHIBIT B

```
 1
 2            IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 3                        FOURTH JUDICIAL DISTRICT
 4
 5   STATE OF ALASKA,            )
                                 )
 6          Plaintiff,           )
                                 )
 7      vs.                      )
                                 )
 8   SAMUEL K. CARTER,           )
                                 )
 9          Defendant.           )
                                 )
10   Case No. 4FA-S01-0117 CR
11
12                              VOLUME I
13
14       TRANSCRIPT OF HEARINGS AND JURY TRIAL (EXCERPTS)
15          BEFORE THE HONORABLE MARY E. GREENE
                        Superior Court Judge
16
17   Evidentiary Hearing:
         March 30, 2001       - Pages    2 through    65
18
19   Calendar Call (Excerpt):
         April 05, 2001       - Pages   66 through    68
20
21   Jury Trial (Excerpt):
         September 12, 2001   - Pages   69 through   104
22
23
24
25
```

Exhibit B
Page 1 of 14

LSS COURT REPORTING
1873 Gilmore Trail
Fairbanks, Alaska 99712
Phone (907) 456-8142    Fax (907) 452-8157

# TABLE OF CONTENTS

| | | | | |
|---|---|---|---|---|
| EVIDENTIARY HEARING | Volume I | March 30, 2001 | Page | 2 |
| CALENDAR CALL | Volume I | April 5, 2001 | Page | 66 |
| JURY TRIAL (Excerpt) | Volume I | September 12, 2001 | Page | 69 |
| JURY TRIAL | Volume II | September 13, 2001 | Page | 105 |
| JURY TRIAL | Volume III | September 14, 2001 | Page | 317 |

EVIDENTIARY HEARING   Volume I   March 30, 2001   Page 2

PRELIMINARY MATTERS                              Page 3

| WITNESSES: | VOL | DIRECT | CROSS | REDIR | RECRO | RERED |
|---|---|---|---|---|---|---|
| **FOR THE PLAINTIFF:** | | | | | | |
| JAMES M. O'MALLEY | I | 4 | 14 | 28 | | |
| TEAGUE R. WIDMIER | I | 30 | 34 | 38 | | |
| **FOR THE DEFENDANT:** | | | | | | |
| JUDITH D. TONKOVICH | I | 39 | 46 | 53 | 53 | |

PLAINTIFF'S CLOSING ARGUMENT                    Page 54

DEFENDANT'S CLOSING ARGUMENT                    Page 57

COURT'S FINDINGS AND RULINGS                    Page 62

CALENDAR CALL   Volume I   April 5, 2001   Page 66

Exhibit 3
Page 2 of 14

| | | |
|---|---|---|
| 1 | Q | How did he receive it? |
| 2 | A | He received it from Trooper Acquistapace. |
| 3 | Q | And based on that information, what did you decide to do? |
| 5 | A | After receiving the information from Sergeant Roberts, which was that Mr. Carter and Amy Fain were at the Comfort Inn and that Trooper Acquistapace had done a welfare check on Amy the night -- well, the morning of the 9th due to a complaint about possibly Mr. Carter threatening her with a gun. I was aware of Mr. Carter's past history with narcotics. I called the Comfort Inn and asked if they were still in the room and I was told by Judy that they were still in the room. At that time, I asked her -- I identified myself when I originally called her and I asked her if, once they checked out, if they could leave the room and not have housekeeping go in there, if it would be okay for me to go in after they had left. She stated that'd be all right and I asked her what time check-out was. She said 1:00 o'clock. At that time, that was the end of it. I didn't do anything. It was around noon. I ate my lunch. After lunch I contacted Investigator Widmier and decided to go over and do some surveillance on the hotel. |

State v Carter, 4FA-S01-0117 CR
3-30-01

Evidentiary Hearing - 5

Exhibit B
Page 3 of 14

```
 1              Investigator Widmier decide to do when you
 2              (indiscernible)?
 3     A        We went up and talked to the Trooper Olson who had
 4              arrived and adv-- and he told us why he was there and
 5              we advised him what we were doing, that we were
 6              waiting for Mr. Carter and Amy Fain to check out.  We
 7              then advised that we would assist him in contacting
 8              Amy Fain.  There was another unit that was on the way
 9              so we waited for them to show up.
10     Q        Okay.
11     A        Once they arrived, we all proceeded towards the room.
12              Stopped and talked to the front desk clerk to let
13              them know why uniform was there.
14     Q        Okay.  And about what time did you proceed into the
15              -- actually into the hotel to make the contact?
16     A        10 to 1.  Quarter to 1.  10 to 1.  Somewhere in
17              there, 'cause we had to wait for the other car to
18              come.
19     Q        Okay.  And, now, did you go right up to the room?
20     A        No.  We stopped at the front desk.  As we were going
21              down the hallway, I had contacted Investigator Soden
22              from FPD to see if he wanted to assist us with the
23              surveillance.  As they drove away, it's common to
24              have two separate cars doing surveillance, rolling
25              surveillance.  As we were walking down the hallway he
```

| | | |
|---|---|---|
| 1 | A | As I entered the room, Investigator Widmier and the |
| 2 | | troopers were speaking with Amy Fain.  Pam Fain was |
| 3 | | in the room.  There was a small child in the room and |
| 4 | | Mr. Carter was lying on the bed covered up in a |
| 5 | | jacket.  The troopers..... |
| 6 | Q | And who actually took Amy Fain into custody? |
| 7 | A | Uniform troopers. |
| 8 | Q | And did you talk to Mr. Carter at all? |
| 9 | A | Yes, once Amy was taken into custody -- she fought |
| 10 | | with the troopers.  Once they were able to get her |
| 11 | | into custody, she was taken out of the room.  The |
| 12 | | child, which was crying, was turned over to Pam. |
| 13 | | And, then, Mr. Carter was on the bed.  He was told |
| 14 | | what was going on with Amy, why she was arrested, |
| 15 | | that there was a citizen's complaint.  And at that |
| 16 | | time I told him that he needed to gather up his |
| 17 | | things and vacate the room. |
| 18 | Q | Okay.  Why did you tell him he needed to gather up |
| 19 | | his things to vacate the room? |
| 20 | A | According to the front desk, they hadn't paid for |
| 21 | | another night and the room was registered to a |
| 22 | | Christina Covington or Christine Covington and not to |
| 23 | | -- and she was no where in the room. |
| 24 | Q | Okay.  Had you actually seen the registration card? |
| 25 | A | Yes. |

State v Carter, 4FA-S01-0117 CR        Evidentiary Hearing
3-30-01                                                    - 9

Exhibit __B__
Page __5__ of __14__

```
 1  Q      Okay.  And based on the fact that it was now after
 2         1:00 o'clock and the room was rented at least to
 3         somebody else.....
 4         MR. STEPOVICH:  Objection.  Leading.
 5  Q      (By Mr. Mattern) .....you told him he'd have to
 6         gather his things and leave?
 7         THE COURT:  Just a second.  Response.
 8         MR. MATTERN:  Well... Okay.  I mean... So... I'll
 9  just rephrase the question, Your Honor.
10         THE COURT:  Okay.
11  Q      (By Mr. Mattern)  So I want to know why was it you
12         told him to gather up his things?
13  A      For the reasons I just stated.  It was -- they hadn't
14         paid for another night according to the front desk.
15         The room was registered to somebody who wasn't in the
16         room, wasn't present at the time.  And it was after
17         1:00 o'clock.
18  Q      Okay.  And had anybody from the hotel ask you to do
19         that?
20  A      No.
21  Q      Did you search any of his things as he was gathering
22         them up?
23  A      I asked if I could.  He got up and was going to put
24         on a pair of sweat pants.  I asked him if I could
25         look in the sweat pants.  He threw them to me and
```

State v Carter, 4FA-S01-0117 CR          Evidentiary Hearing
3-30-01                                                  - 10

Exhibit B
Page 6 of 14

| | | |
|---|---|---|
| 1 | | see if anything came out the window or something like |
| 2 | | that. |
| 3 | Q | Did Mr. Carter say, "What if I want to rent the |
| 4 | | room?" Did he ever ask you that? |
| 5 | A | No. |
| 6 | Q | So he was -- he was still in bed by the time -- Pam |
| 7 | | Fay [Fain] left with the child, out to the lobby? |
| 8 | A | Correct. |
| 9 | Q | Okay. And, then, that's -- and Amy Fay [Fain], who |
| 10 | | they came as a citizen complaint..... |
| 11 | A | Correct. |
| 12 | Q | .....is gone, so it's now you, Widmier -- you and |
| 13 | | Widmier in there and Mr. Carter is laying in bed? |
| 14 | A | Correct. |
| 15 | Q | Okay. And that's when you advised him that he needed |
| 16 | | to gather his belongings and vacate the room? |
| 17 | A | Correct. |
| 18 | Q | And you're aware that that room was registered to two |
| 19 | | adults, right, a Covington, and the check-in was two |
| 20 | | adults, right? |
| 21 | A | I knew it was registered to Christine Covington. |
| 22 | Q | Okay. But you -- in the -- did you obtain the, I |
| 23 | | guess, the Comfort Inn..... |
| 24 | A | Registration card? |
| 25 | Q | Yeah. Log and..... |

State v Carter, 4FA-S01-0117 CR        Evidentiary Hearing - 18
3-30-01                                 Exhibit B
                                        Page 7 of 14