DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SAMUEL KEVIN CARTER, | ) | |
| Plaintiff, | ) | Case No.: 4:05-cv-0016-RRB |
| v. | ) | |
| OFFICER JAMES O'MALLEY, and OFFICER TEAGUE WIDMIER, | ) | **PROPOSED ORDER** |
| Defendants. | ) | |

Plaintiff Samuel Carter has brought a 42 U.S.C. § 1983 civil rights claim for damages against Fairbanks Police Officer James O'Malley and Alaska State Trooper Teague Widmier.  Officers O'Malley and Widmier have moved for complete summary judgment on the ground that there was no constitutional violation and on the additional ground of qualified immunity.  Based upon the memoranda supporting and opposing,

IT IS HEREBY ORDERED that the defendants' motion for summary judgment is GRANTED.

I find that no constitutional violation occurred here, because Officer O'Malley and Trooper Widmier were lawfully in room 231 at the time they observed contraband. There was no violation of the "plain view" doctrine. Even if another court might find that there was a constitutional violation based on violation of plain view, I also find that Officer O'Malley and Trooper Widmier are entitled to qualified immunity. That is, even if they were mistaken in their belief that the desk clerk's consent gave them authority to remain in the room and to ask Carter to leave the room, this mistake was a reasonable one under the circumstances known to the officers at the time.

Dated _____  _____
Ralph R. Beistline
United States District Judge

This is to certify that on this date, a copy of
the foregoing proposed order is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232

s/ Venable Vermont, Jr. 4/13/06

Order
*Carter v. O'Malley et al.*
4:05-cv-0016-RRB
Page 2 of 2