IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAMUEL KEVIN CARTER,

       Plaintiff,

vs.

OFFICER JAMES O'MALLEY and
OFFICER TEAGUE WIDMIER,

       Defendants.

Case No. 4:05-cv-0016-RRB

**ORDER DENYING SUMMARY JUDGMENT**

Before the Court at Docket 36 is Plaintiff's Motion for Summary Judgment. Defendants are correct, however, that the issue of qualified immunity has yet to be addressed or resolved. Plaintiff's motion is therefore premature and consequently must be **DENIED**.

ENTERED this 2nd day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE