Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

**RECEIVED**
MAY - 4 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>OFFICER JAMES O'MALLEY, )<br>OFFICER TEAGUE WIDMIER, and )<br>FAIRBANKS CITY POLICE DEPARTMENT, )<br>)<br>Defendants. )<br>) | Case No. F05-0016 CV (RRB)<br><br>Plaintiff's Motion For Extension of Time<br>To Reply To Defendant's Opposition and To<br>Respond To Defendant's Motion For<br>Summary Judgment |

Plaintiff Samuel K. Carter, Pro Se, pursuant to Federal Rule of Civil Procedure 6 (b), hereby submits his motion and moves the Court for an extension of time of 45 days with which to draft his reply and response to defendant's opposition and motion for summary judgment. This motion is supported by reasons more fully explained in the attached affidavit.

DATED and SUBMITTED this 28th day of April, 2006, at Florence, Arizona.

*/s/ Sam K. Carter*
Sam K. Carter

This is to certify that on this date, a copy of the foregoing motion for extension of time with attached affidavit of Samuel Carter, is being mailed to:

Venable Vermont Jr.
Att. Gen. Office
1031 W. 4th Ave., Ste 200
Anchorage, Alaska 99501

*/s/ Sam K. Carter*
Sam K. Carter