Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

**RECEIVED**

MAY - 4 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OFFICER JAMES O'MALLEY, ) <br> OFFICER TEAGUE WIDMIER, and ) <br> FAIRBANKS CITY POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) | Case No. F05-0016 CV (RRB) <br><br> AFFIDAVIT OF SAMUEL K. CARTER |

I, Samuel K. Carter, being duly sworn upon oath, depose and state I am over the age of eighteen (18) years and fully competent to testify in every way, and if called to do so in court, would testify as follows:

1. I am the plaintiff in the above encaptioned civil action.
2. I am litigating this case on my own and do not have the skill and expertise of a trained attorney.
3. I am currently a participant in a residential drug treatment Therapeutic Community.
4. Because I am in the latter phases of treatment, I have been given added responsibilities which require added accountability.
5. For these reasons I struggle managing time and resources with which to litigate my case.
6. Moreover, since I have been granted parole contingent upon completion of my treatment, I have added incentive and pressure.
7. It is my belief Mr. Vermont would not oppose my request and it is not intended to delay or otherwise affect the normal flow of proceedings.
8. I feel this request for an extension of time is reasonable and the Court should grant the motion.

On this 28th day of April, 2006, at the Florence Correctional Center, in Florence, Arizona, no Notary Public or other official empowered to administer oaths is available. THEREFORE, PURSUANT to AS 09.63.020(a), I, Sam K. Carter, certify under the penalty of perjury that the foregoing is true to the best of my knowledge and belief.

_Sam K. Carter_ (signature)

Sam K. Carter