DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Venable Vermont, Jr.
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SAMUEL KEVIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:05-cv-0016-RRB |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER JAMES O'MALLEY, and | ) | **DEFENDANT O'MALLEY AND** |
| OFFICER TEAGUE WIDMIER, | ) | **WIDMIER'S NON-OPPOSITION** |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Pro se plaintiff Samuel K. Carter, incarcerated in Arizona, has requested an additional time of 45 days to complete his reply on his motion for summary judgment, and to draft an opposition to the defendants' motion for summary judgment.  Defendants James O'Malley and Teague Widmier do not oppose this requested extension.

DATED this 5th day of May, 2006 at Anchorage, Alaska.

                DAVID W. MÁRQUEZ
                ATTORNEY GENERAL

By:    s/ Venable Vermont, Jr.
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5190
        Fax:   (907) 258-0760
        Venable_Vermont@law.state.ak.us
        TWC_ECF@law.state.ak.us
        Alaska Bar No. 8306067

This is to certify that on this date, a copy of
the foregoing Non-Opposition is being mailed to:

Samuel Kevin Carter
c/o CCA-FCC
P.O. Box 6200
Florence, AZ  85232

s/ Venable Vermont, Jr. 5/5/06

Defendant's Non-Opposition
*Carter v. O'Malley et al.*
4:05-cv-0016-RRB
Page 2 of 2