UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


CARTER   v.   O'MALLEY and WIDMIER

DATE:   May 5, 2006       CASE NO.   4:05-CV-0016-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

    Plaintiff's Motion for Extension of Time at Docket 52 is hereby **GRANTED** in part. Plaintiff shall have until the close of business on **Monday, June 19, 2006,** to file his opposition to Defendants' Motion for Summary Judgment at Docket 49. However, Plaintiff need not file a reply to his Motion for Summary Judgment at Docket 36 as the motion was denied as premature at Docket 51.

M.O. GRANTING EXTENSION