Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL KEVIN CARTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>OFFICER JAMES O'MALLEY, )<br>OFFICER TEAGUE WIDIER, and )<br>FAIRBANKS CITY POLICE DEPARTMENT, )<br>)<br>Defendants. )<br>_____ ) | Case No. F05-0016 CV (RRB)<br><br>AFFIDAVIT OF SAMUEL KEVIN CARTER |

State of Arizona   )
                   ) SS:
County of Pinal    )

Samuel Kevin Carter, being duly sworn, deposes and states:

  1) I am the plaintiff in the above encaptioned civil action.

  2) I am litigating this case on my own "pro se".

  3) I am over 18 years of age. I reside at Florence Correctional Center in Florence, Arizona. I am fully competent to make this affidavit.

  4) I was the defendant in the criminal action the State of Alaska brought forth against me as a result of the events involving the defendants in this action, which occurred on January 9, 2001, at the Comfort Inn in Fairbanks, Alaska.

  5) I was a party to the evidentiary hearing held March 30, 2001, as well as the following trial surrounding the events described in this civil action.

  6) As a result, I have direct personal knowledge of the facts asserted in "Plaintiff Carter's Opposition to Defendants Motion For Summary Judgment Based on Qualified Immunity."

  7) All the facts are true as stated to the best of my knowledge and belief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Signed by me on this 23 day of May, 2006, at Florence, Arizona.

_____
Sam K. Carter

SUBSCRIBED and SWORN to before me this 23 day of May, 2006, at Florence, Arizona.



_____
Jaci Matlock
NOTARY PUBLIC in and for the State of Arizona.
My commission expires: 3-31-07.

I hereby certify that a copy of this Affidavit is being mailed to the following person:
   Venable Vermont Jr.
   1031 W. 4th Ave., Suite 200
   Anchorage, Alaska
   99501

_____
Sam K. Carter

-2-