IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

STATE OF ALASKA

                Plaintiff,

v.

SAMUEL K. CARTER,

                Defendant.

Case Number 4FA-S01-117 CR

Filed In the Trial Courts
STATE OF ALASKA, FOURTH DISTRICT

APR 10 2001

Clerk of the Trial Courts
By_____Deputy

## ORDER GRANTING RECONSIDERATION

Based on defendant's motion for reconsideration, and the Court being fully apprised in the premises;

IT IS HEREBY ORDERED that defendant's motion for reconsideration is ~~GRANTED~~ DENIED: This is new evidence, not a basis for reconsideration. Mr. Carter knew about the information and used it in cross examination of Inv. O'Malley. If he thought it important, he should have introduced it.

DATED at Fairbanks, Alaska this 5th day of April, 2001.

Mary E. Greene
Superior Court Judge

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a true and correct copy of the foregoing document was _mailed X hand-delivered to the following:
District Attorney's Office
604 Barnette Street, Room 247
Fairbanks, Alaska 99701

4/4/01
Dated    Stepovich Law Office

I certify that a copy of the foregoing was distributed via:
[ ] U.S. Postal Svc._____
[ ] Other_____
[ ] Delivery
[ ] Courier Svc._____
[ ] Pick Up Bin_____
[X] Fax  DAO, Stepovich
[ ] Other_____
by: LT    Date: 4-10-01
    Clerk

Exhibit D
Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13             TRANSCRIPT OF CALENDAR CALL (EXCERPT)
14             BEFORE THE HONORABLE MARY E. GREENE
                         Superior Court Judge
15
16                                            Fairbanks, Alaska
                                              April 5, 2001
17                                            (Time unknown)
18    APPEARANCES:
19    For the Plaintiff:        DAVID V. BURGLIN, ESQ.
                                Assistant District Attorney
20                              604 Barnette Street, Room 247
                                Fairbanks, Alaska   99701
21
22    For the Defendant:        MICHAEL A. STEPOVICH, ESQ.
                                543 Second Avenue, Suite 2 A
23                              Fairbanks, Alaska   99712
24
25

LSS COURT REPORTING
1873 Gilmore Trail
Fairbanks, Alaska 99712



Exhibit E
Page 1 of 3

```
 1    4FA-B-55

 2    01:31:57

 3                      PROCEEDING (EXCERPT)

 4         (On record)

 5         THE COURT:  State versus Samuel Carter.  Mr. Mattern

 6    for the State, Mr. Stepovich for the defendant.  Defendant

 7    is present.  I've denied the motion for reconsideration.

 8    The evidence is not new evidence.  It was evidence that

 9    existed at the time of the hearing, wasn't introduced for

10    whatever reason and would not be a proper basis for

11    reconsideration.  And it was clear that was going to be an

12    issue in the case as soon as I heard the evidence and,

13    therefore, reconsideration's not proper.  Is this case.....

14         MR. STEPOVICH:  Your Honor, well, we didn't see

15    it.....

16         THE COURT:  .....going to trial?

17         MR. STEPOVICH:  Your Honor, we did question the

18    trooper on it.

19         THE COURT:  Excuse me.  I know.  I heard that.

20    That's why I knew you had the evidence.  But the next

21    question is, is the case going to trial?

22         MR. STEPOVICH:  Your Honor, I did discuss it with the

23    District Attorney.  I have a -- as I mentioned at the

24    omnibus hearing -- I have a change of plea set for the 10th

25    in Anchorage in federal court and that may be moved.  I
```

State v Carter, 4FA-S01-0117 CR              Calendar Call (Excerpt)
4-05-01                                                         - 67

Exhibit ___E___
Page __2__ of __3__

```
 1   don't know, as of today, whether it is moved or not but I'm
 2   scheduled to be there all day on the 10th.  The State.....
 3        THE COURT:  The question was is this going to trial?
 4        MR. STEPOVICH:  .....in the second -- is it.....
 5        THE COURT:  Is this case going to trial?
 6        MR. STEPOVICH:  Your Honor, we anticipate a petition
 7   for review based on the Court's ruling.
 8   01:32:59
 9        (End of requested portion)
10
11   01:34:06
12                  **** END OF PROCEEDING ****
13
14
15
16
17
18
19
20
21
22
23
24
25
```

State v Carter, 4FA-S01-0117 CR         Calendar Call (Excerpt)
4-05-01                                                    - 68

Exhibit  E
Page  3  of  3