Sam K. Carter, Pro Se
c/o CCA-FCC
P.O. Box 6200
Florence, Arizona
85232

**FILED**

JUN 22 2006

IN THE UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

FOR THE DISTRICT OF ALASKA    By_____ Deputy

| | |
|---|---|
| SAMUEL KEVIN CARTER, | |
| Plaintiff, | |
| vs. | Case No. F05-0016 CV (RRB) |
| OFFICER JAMES O'MALLEY and OFFICER TEAGUE WIDMIER, | <u>NOTICE OF APPEAL</u><br>Federal Rule of Appellate Procedure<br>Rule 3 (a) |
| Defendants. | |

Notice is hereby given that Samuel Kevin Carter, plaintiff in the above entitled case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on June 7, 2006, whereby defendants motion for summary judgment based on qualified immunity was granted.

DATED and SUBMITTED this 17th day of June, 2006, at Florence, Arizona.

*/s/ Samuel K. Carter*

Samuel K. Carter