UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
JUL 03 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA
6 - 35548

**CASE INFORMATION:**
Short Case Title: Samuel K. Carter v James O'Malley ET AL
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline  4:05-cv-000016-RRB
Date Complaint/Indictment/Petition Filed: 6/10/2005
Date Appealed Order/Judgment *entered*: 6/7/2006
Date NOA *filed*: 6/22/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _               Date FP denied: _
Is FP pending? __yes             Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases? Please list: _
No Fee paid X

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Samuel Kevin Carter               Herbert P Kuss
C/O CCA-FCC                       410 Cushman St Ste 210
P.O. Box 6200                     Fairbanks, AK 99701
Florence, AZ 85232                Venable Vermont
                                  1031 W 4th Ave Ste 200
                                  Anchorage, AK 99501

__retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: P.O. Box 6200
Custody: X _                     Florence, AZ 85232
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
                                                       (907) 451-5791