UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

July 14, 2006


RECEIVED
JUL 17 2006
CHAMBERS, U.S. DISTRICT JUDGE
RALPH R. BEISTLINE

SAMUEL CARTER,

    Plaintiff - Appellant,

v.

JAMES O'MALLEY; et al.,

    Defendants - Appellees.

No.  06-35548
D.C. No.  CV-05-0016-F-RRB

**REFERRAL NOTICE**

    This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

    If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

    This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk