UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMUEL CARTER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAMES O'MALLEY; et al.,<br><br>Defendants - Appellees. | No. 06-35548<br>D.C. No. CV-05-0016-F-RRB<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: Although the appeal is taken in good faith, from Plaintiff's perspective, it is frivolous for the police officers were clearly protected by qualified immunity.

Judge
United States District Court

Date: 7/19/06