**FILED**

UNITED STATES COURT OF APPEALS

DEC 01 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK U.S. COURT OF APPEALS
**RECEIVED**

DEC 04 2006

| | |
|---|---|
| SAMUEL CARTER,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>JAMES O'MALLEY; et al.,<br><br>    Defendants - Appellees. | No. 06-35548  CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA<br><br>D.C. No. CV-05-0016-F-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

Before: LEAVY and CLIFTON, Circuit Judges.

The district court has certified that this appeal is not taken in good faith, and so has revoked appellant's in forma pauperis status. Our review of the record and of appellant's response to the district court's certification indicates that appellant is entitled to in forma pauperis status for this appeal. *See* 28 U.S.C. § 1915(a). Pursuant to 28 U.S.C. § 1915(b)(1) and (2), however, appellant eventually must pay the full amount of the filing and docketing fees for this appeal.

Accordingly, within 21 days after the filing date of this order, appellant shall complete and file with this court the enclosed authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $455.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will

06-35548

continue to be collected regardless of the date or manner of disposition of this appeal. *See* 28 U.S.C. § 1915(b)(2), (e)(2).

If appellant fails to comply with this order, the Clerk shall dismiss the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Appellees have notified the court that they have been served with appellant's opening brief. The court has not received a copy of appellant's opening brief. If appellant complies with this order, the opening brief will be due January 2, 2007; the answering brief will be due February 1, 2007; and the optional reply brief will be due within 14 days after service of the answering brief.

Because appellant is proceeding without counsel, the court waives the excerpts of record requirement. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir. R. 30-1.7.

# PRISONER AUTHORIZATION FORM

I, _____, am the appellant
        [Print Name]

in _____ v. _____, docket no. _____-_____.

    I understand that I am required by statute to pay the full amount of the $255/$455 docketing and filing fees for this appeal, regardless of my in forma pauperis status, and regardless of the disposition of this appeal.

    I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on the average of deposits to or balance in my prison trust account.

    I understand that I am not responsible for payment when there are no deposits or funds in my trust account, but that payments will resume when such deposits are made or funds are otherwise available.

Signature: _____

Prisoner I.D. No.: _____

Docket No.: _____

Address: _____

          _____

Date: _____, _____