UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 0 5 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL CARTER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JAMES O'MALLEY; et al.,<br><br>    Defendants - Appellees. | No. 06-35548<br><br>D.C. No. CV-05-0016-F-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

**RECEIVED**

JAN 0 3 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On December 1, 2006, this court issued an order finding that appellant is entitled to proceed in forma pauperis status on this appeal. The court noted, however, that pursuant to 28 U.S.C. § 1915(b)(1) and (2), appellant eventually must pay the full amount of the filing and docketing fees for this appeal. The court enclosed with its order an authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $455.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account, and ordered appellant to complete and return the authorization form within 21 days. Appellant was warned that failure to return the completed authorization form could result in dismissal of this appeal by the Clerk for failure to prosecute.

06-35548

As yet, the court has not received the completed authorization form. Within 21 days after the filing date of this order, appellant shall complete and file with this court the enclosed authorization form. If appellant fails to comply with this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of the court.

For the Court

*Nina A. M. Greeley*
Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

## PRISONER AUTHORIZATION FORM

I, _____, am the appellant
           [Print Name]

in _____ v. _____, docket no. \_\_\_\_\_ - _____.

    I understand that I am required by statute to pay the full amount of the $455 docketing and filing fees for this appeal, regardless of my in forma pauperis status, and regardless of the disposition of this appeal.

    I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on the average of deposits to or balance in my prison trust account.

    I understand that I am not responsible for payment when there are no deposits or funds in my trust account, but that payments will resume when such deposits are made or funds are otherwise available.

Signature : _____

Prisoner I.D. No.: _____

Docket No.: _____

Address: _____

        _____

Date: _____, \_\_\_\_\_