UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 18 2007
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL CARTER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAMES O'MALLEY; et al.,<br><br>Defendants - Appellees. | No. 06-35548<br><br>D.C. No. CV-05-0016-F-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

RECEIVED
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On December 18, 2006, this court received appellant's completed prisoner authorization form and opening brief. Accordingly, the court's January 5, 2007 order is vacated as issued in error.

Appellant Samuel Kevin Carter, prison identification number 009450, has been granted leave to proceed in forma pauperis in this appeal and has completed and filed the required authorization form directing the appropriate prison officials to assess, collect, and forward to the district court the filing and docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This court hereby assesses an initial filing fee of 20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the June 22, 2006 notice of appeal.

06-35548

The Clerk shall serve this order and appellant's completed authorization form on the Attorney General for the State of Alaska, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501, Attention: Nancy Gordon, Governmental Affairs, who shall notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. *See* 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

The opening brief was filed on December 18, 2006. The answering brief is due February 20, 2007; the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall also serve a copy of this order on the clerk and the financial unit of the district court.

For the Court

*Nina A. M. Greeley*
Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A