PRISONER AUTHORIZATION FORM

RECEIVED

JAN 2 2 2007

[CLERK]
ANCHORAGE, ALASKA

I, Samuel K. Carter , am the appellant
   [Print Name]

in SAMUEL KEVIN CARTER v. JAMES O'MALLEY; et al. , docket no. 06 - 35548 .

I understand that I am required by statute to pay the full amount of the $255/$455 docketing and filing fees for this appeal, regardless of my in forma pauperis status, and regardless of the disposition of this appeal.

I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on the average of deposits to or balance in my prison trust account.

I understand that I am not responsible for payment when there are no deposits or funds in my trust account, but that payments will resume when such deposits are made or funds are otherwise available.

Signature: *Samuel K. Carter*

Prisoner I.D. No.: # 009450

Docket No.: 06-35548

Address: c/o Red Rock Correctional Center

1752 East Arica Road

Eloy, Arizona 85231

Date: December 15 , 2006

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
DEC 18 2006
FILED
DOCKETED
DATE 1-5-07
INITIAL