UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: May 15, 2007

To: United States Court of Appeals          ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                           () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103               ()JUDGE

From: Carolyn Bollman
      U.S. District Court for the District of Alaska
      101 12th Avenue - Room 332
      Fairbanks, Alaska 99701


DC No: 4:05-cv-00016-RRB          Appeal No: 06-35548

Short title: Carter v O'Malley

Composition of Record

Clerk's Files in  1  volumes   (XX)Original  () certified copy

Document filed after 01/03/2006 are available electronically. A copy of the docket sheet in CM/ECF in enclosed.




Acknowledgement:_____   Date:_____
"record.app" [11/21/97]