UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL CARTER,<br><br>　　　　Plaintiff - Appellant<br><br>v.<br><br>JAMES O'MALLEY; TEAGUE WIDMIER,<br><br>　　　　Defendants - Appellees | No. 06-35548<br>D.C. No. CV-05-0016-F-RRB<br><br>**MANDATE** |

RECEIVED
APR 01 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The judgment of this Court, entered 3/12/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk