UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING ~ U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



RECEIVED

APR 1 4 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

049J8202175.1
$00.41⁰
04/04/2008
Mailed From 995␣␣
US POSTAGE

*neopost*

NIXIE        850    DC 1        00 04/03/08

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 99513755499    *0589-03011-04-39*

Samuel K. Carter
009450





**RECEIVED**

APR 1 4 2008

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL CARTER, | No.  06-35548 |
| Plaintiff - Appellant | D.C. No.  CV-05-0016-F-RRB |
| v. | |
| JAMES O'MALLEY; TEAGUE WIDMIER, | **MANDATE** |
| Defendants - Appellees | |

**RECEIVED**

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The judgment of this Court, entered 3/12/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk